UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS

MICHAEL MERACLE,

    Plaintiff,

v.

INTERTAPE POLYMER
CORP., INC.,

    Defendant.                                 No. 15-cv-1380-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the court on Stipulation to Dismiss executed by the plaintiff.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order Dismissing Case entered on September 14, 2016 (Doc. 30), this case is **DISMISSED** with prejudice.

                                        JUSTINE FLANAGAN,
                                        ACTING CLERK OF COURT

                                        BY:    /s/*Caitlin Fischer*
                                               **Deputy Clerk**

Dated: September 15, 2016

Digitally signed by Judge David R. Herndon
Date: 2016.09.15 15:43:22 -05'00'

APPROVED:
    U.S. DISTRICT JUDGE
    U. S. DISTRICT COURT